No. 908, Misc.  MILLER v. FOLLETTE, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 911, Misc.  RIFFON v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 914, Misc.  CAMMANN v. BURKE, U. S. DISTRICT JUDGE, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 915, Misc.  FURTAK v. NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 916, Misc.  KNAUB v. ALASKA.  Sup. Ct. Alaska. Certiorari denied.

No. 917, Misc.  NASSAR v. MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.  *William P. Homans, Jr.,* for petitioner.  *Elliot L. Richardson,* Attorney General of Massachusetts, *John J. Jennings,* Special Assistant Attorney General, *Howard M. Miller,* Assistant Attorney General, *Wilmot R. Hastings,* First Assistant Attorney General, and *John M. Finn,* Deputy Assistant Attorney General, for respondent.

No. 920, Misc.  STEVENS v. ALASKA.  Sup. Ct. Alaska. Certiorari denied.

No. 922, Misc.  MARTIN v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 925, Misc.  WALLER v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 927, Misc.  MACE v. MISSOURI.  Sup. Ct. Mo. Certiorari denied.